Diana G. Dickinson, Bar No. 13477
ddickinson@littler.com
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada  89169.5937
Telephone:  702.862.8800
Fax No.:    702.862.8811

Attorneys for Defendant
BACKGROUNDCHECK.COM, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Kelly Murphy,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Backgroundchecks.com, LLC,<br><br>　　　　　Defendant. | Case No. 2:22-cv-01095-ART-NJK<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

　　　Plaintiff KELLY MURPHY ("Plaintiff") and Defendant BACKGROUNDCHECKS.COM, LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of August 3, 2022, up to and including **September 2, 2022**.

　　　The requested extension is necessary in light of the fact that Defendant's counsel was recently retained. The additional time will allow defense counsel to conduct a complete investigation into the allegations and to prepare a response to the Complaint.

/ / /

/ / /

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: August 1, 2022

Respectfully submitted,

/s/ *Shawn Miller*
DAVID KRIEGER, ESQ
SHAWN MILLER, ESQ.
KRIEGER LAW GROUP, LLC

*Attorneys for Plaintiff*
KELLY MURPHY

Dated: August 1, 2022

Respectfully submitted,

/s/ *Diana G. Dickinson*
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

*Attorney for Defendant*
BACKGROUNDCHECKS.COM, LLC

**IT IS SO ORDERED.**

Dated: August 2, 2022

_____
UNITED STATES MAGISTRATE JUDGE

4853-4416-6187.1 / 107811-1022

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

2