Diana G. Dickinson, Bar No. 13477
ddickinson@littler.com
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone: 702.862.8800
Fax No.: 702.862.8811

Attorneys for Defendant
BACKGROUNDCHECKS.COM LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| Kelly Murphy, | Case No. 2:22-cv-01095-ART-NJK |
| --- | --- |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
| v. | |
| Backgroundchecks.com, LLC, | **[SECOND REQUEST]** |
| Defendant. | |

Plaintiff KELLY MURPHY ("Plaintiff") and Defendant BACKGROUNDCHECKS.COM LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of September 2, 2022, up to and including **October 3, 2022**.

This is the second request for an extension of time to respond to the Complaint. The requested extension is necessary in light of the fact the parties have begun discussions regarding the scope and handling of the case and potential resolution of this matter. The additional time will allow the parties to complete these discussions for efficiency before having to engage in motion practice.

/ / /

/ / /

This request is made in good faith and not for the purpose of delay, and the parties believe the interests of judicial economy support granting this extension.

Dated: August 31, 2022

Respectfully submitted,

/s/ *Shawn Miller*
DAVID KRIEGER, ESQ
SHAWN MILLER, ESQ.
KRIEGER LAW GROUP, LLC

*Attorneys for Plaintiff*
KELLY MURPHY

Dated: August 31, 2022

Respectfully submitted,

/s/ *Diana G. Dickinson*
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

*Attorney for Defendant*
BACKGROUNDCHECKS.COM LLC

**IT IS SO ORDERED.**

Dated: September 1, 2022

_____
UNITED STATES MAGISTRATE JUDGE

4870-1413-6624.1 / 107811-1022

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

2